CASREF,CLOSED,JOHNSON

**United States District Court**
**District of Massachusetts (Boston)**
**CRIMINAL DOCKET FOR CASE #: 1:03-cr-10327-WGY-1**

Case title: USA v. Brymer et al                    Date Filed: 10/22/2003

Related  Case: [1:16-cv-11282-DPW](#)

Magistrate judge case number:  1:03-mj-01735-CBS

Assigned to: Judge William G. Young
Referred to: Magistrate Judge David
H. Hennessy

Appeals court case number: '06-
1323' 'First Circuit'

**Defendant (1)**

| | | |
|---|---|---|
| **William Brymer**<br>*also known as*<br>Billy Brymer<br>*TERMINATED: 01/06/2006* | represented by | **Jessica Diane Hedges**<br>Hedges & Tumposky, LLP<br>88 Broad Street<br>Suite 101<br>Boston, MA 02110<br>617-610-8255<br>Fax: 617-507-8116<br>*TERMINATED: 10/21/2025*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Laura P. Malouf**<br>Denner O'Malley, LLP<br>4 Longfellow Place, 35th Floor<br>Boston, MA 02114<br>617-227-2800<br>Fax: 617-973-1562<br>Email: lpmalouf@yahoo.com<br>*TERMINATED: 10/21/2025*<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Mark W. Shea**
Shea & LaRocque
Suite 200
929 Massachusetts Avenue
Cambridge, MA 02139
617-577-8722
Fax: 617-577-7897
Email: markwshea@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Robert S. Sinsheimer**
Sinsheimer & Associates
92 State Street
9th Floor
Boston, MA 02109
617-722-9954
Fax: 617-722-9950
Email:
rsinsheimer@sinsheimerlaw.com
*TERMINATED: 10/21/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:924(c) Use of a Firearm During a Crime of Violence, 18:2 Aiding and Abetting (2s) | Defendant is sentenced to 7 years on count 2s and 25 years on count 4s to be served consecutive; 5 years supervised release with standard and special conditions; Special Assessment $200. Restitution of $2828 deferred until period of supervised release. Interest shall accrue. |
| 18:924(c) and 2 Use of a Firearm During a Crime of Violence, 18:2 | Defendant is sentenced to 7 years on count 2s and 25 years on count 4s to be served consecutive; 5 years |

| | |
|---|---|
| Aiding and Abetting<br>(4s) | supervised release with standard and special conditions; Special Assessment $200. Restitution of $2828 deferred until period of supervised release. Interest shall accrue. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2113(a) & (d)BANK ROBBERY BY FORCE OR VIOLENCE<br>(1) | Dismissed on government motion. |
| 18:2113 BANK ROBBERY BY FORCE OR VIOLENCE, 18:2 Aiding and Abetting<br>(1s) | Dismissed on government motion. |
| 18:924(c) and 2 Use of A Firearm During a Crime of Violence<br>(2) | Dismissed on government motion. |
| 18:2119(1) and 2MOTOR VEHICLE THEFT - CARJACKING, 18:2 Aiding and Abetting<br>(3s) | Dismissed on government motion. |
| 18:2119(1) and 2 Attempted Carjacking, 18:2 Aiding and Abetting<br>(5s) | Dismissed on government motion. |
| 18:924(c) and 2 Use of a Firearm During a Crime of Violence, 18:2 Aiding and Abetting<br>(6s) | Dismissed on government motion. |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                    **Disposition**

18:2113(a) &(d) and 2

---

**Plaintiff**

**USA**                          represented by     **David G. Tobin**
United States Attorneys Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3392
Fax: 617-748-3965
Email: David.Tobin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**John A. Capin**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3264
Fax: 617-748-3951
*TERMINATED: 10/30/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John T. McNeil**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200

Boston, MA 02210
617-748-3142
Fax: 617-748-3951
Email: john.mcneil@usdoj.gov
*TERMINATED: 07/08/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Q. Feeley**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-9354
*TERMINATED: 10/30/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2003 | 1 | COMPLAINT as to William Brymer (1). (Spencer, Sherry)[1:03-mj-01735-CBS] (Entered: 09/16/2003) |
| 09/12/2003 | 2 | Arrest Warrant Issued as to William Brymer. (Spencer, Sherry)[1:03-mj-01735-CBS] (Entered: 09/16/2003) |
| 09/12/2003 | 3 | AFFIDAVIT of David B. Madigan, Special Agent of the Federal Bureau of Investigation in support of 1 Complaint (Spencer, Sherry)[1:03-mj-01735-CBS] (Entered: 09/16/2003) |
| 09/15/2003 | 4 | Writ of Habeas Corpus ad Prosequendum Issued as to William Brymer for 9/17/03 (Roland, Lisa)[1:03-mj-01735-CBS] (Entered: 09/24/2003) |

| 09/16/2003 | 10 | Judge Charles B. Swartwood : CJA 20 as to William Brymer : Appointment of Attorney Robert S. Sinsheimer for William Brymer. (Roland, Lisa)[1:03-mj-01735-CBS] (Entered: 10/14/2003) |
|---|---|---|
| 09/17/2003 | 5 | Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Initial Appearance as to William Brymer held on 9/17/2003; Detention Hearing set for 9/25/2003 11:00 AM in Courtroom 16 before Magistrate Judge Charles B. Swartwood. Prelimi[1:03nary Examination set for 9/25/2003 11:00 AM in Courtroom 16 before Magistrate Judge Charles B. Swartwood. (Tape #03-59.) (Roland, Lisa)[1:03-mj-01735-CBS] (Entered: 09/24/2003) |
| 09/17/2003 | 9 | CJA 23 Financial Affidavit by William Brymer (Roland, Lisa)[1:03-mj-01735-CBS] (Entered: 10/03/2003) |
| 09/25/2003 | 6 | Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to William Brymer held on 9/25/2003, Preliminary Examination as to William Brymer held on 9/25/2003 (Tape #03-60.) (Roland, Lisa)[1:03-mj-01735-CBS] (Entered: 10/02/2003) |
| 09/25/2003 | 7 | EXHIBIT/WITNESS LIST re: P/C and Detention Hearing as to William Brymer (Roland, Lisa)[1:03-mj-01735-CBS] (Entered: 10/02/2003) |
| 10/01/2003 | 8 | Judge Charles B. Swartwood : Memorandum of Probable Cause and Order on the Government's Motion for Detention as to William Brymer, cc/cl. (Roland, Lisa)[1:03-mj-01735-CBS] (Entered: 10/03/2003) |
| 10/07/2003 | | Attorney update in case as to William Brymer. Attorney John T. McNeil for USA, Robert S. Sinsheimer for William Brymer added. (Roland, Lisa)[1:03-mj-01735-CBS] (Entered: 10/07/2003) |
| 10/22/2003 | 11 | INDICTMENT as to William Brymer (1) count(s) 1, 2, James H. Turpin (2) count(s) 1, 2. (Gawlik, Cathy) Additional attachment(s) added on 9/25/2007 (Cummings, Mary). (Entered: 10/22/2003) |
| 10/22/2003 | | Judge Douglas P. Woodlock : ORDER entered ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: pretrial proceedings as to William Brymer, James H. Turpin (Gawlik, Cathy) (Entered: 10/22/2003) |

| 10/27/2003 | 13 | Writ of Habeas Corpus ad Prosequendum Issued as to William Brymer (Roland, Lisa) (Entered: 10/31/2003) |
|---|---|---|
| 10/29/2003 | 15 | NOTICE OF HEARING as to William Brymer, James H. Turpin. Status Conference set for 12/10/2003 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 10/31/2003) |
| 10/29/2003 | 16 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to William Brymer, James H. Turpin; Time excluded from Ocotober 29, 2003 until November 26, 2003, cc/cl. (Roland, Lisa) (Entered: 10/31/2003) |
| 10/29/2003 | 17 | Judge Charles B. Swartwood : SCHEDULING ORDER as to William Brymer, James H. Turpin, cc/cl. (Roland, Lisa) (Entered: 10/31/2003) |
| 10/30/2003 | 12 | Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to William Brymer (1) Count 1,2 held on 10/30/2003 (Court Reporter Tape.) (Jones, Sherry) (Entered: 10/30/2003) |
| 11/12/2003 | 18 | SUPERSEDING INDICTMENT as to William Brymer (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, James H. Turpin (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s. (Gawlik, Cathy) (Entered: 11/13/2003) |
| 11/13/2003 | | Judge Douglas P. Woodlock : ORDER entered ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: pretrial proceedings re: Superseding Indictment as to William Brymer, James H. Turpin (Gawlik, Cathy) (Entered: 11/13/2003) |
| 11/21/2003 | 19 | Writ of Habeas Corpus ad Prosequendum Issued as to William Brymer for 11/26/03 (Roland, Lisa) (Entered: 11/25/2003) |
| 11/26/2003 | 20 | Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to William Brymer (1) Count 1s,2s,3s,4s,5s,6s and James H. Turpin (2) Count 1s,2s,3s,4s,5s,6s held on 11/26/2003, Not Guilty Plea entered by William Brymer, James H. Turpin on counts 1-6. (10:47 A.) (Roland, Lisa) (Entered: 11/26/2003) |
| 12/10/2003 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to William Brymer, James H. Turpin held on 12/10/2003. Case called, Counsel appear by telephone for status conference (Cabell for McNeil, Bills for Zalkind), Counsel request |

| | | |
|---|---|---|
| | | additional time, Case continued, Time to be excluded. (11:09 A.) (Roland, Lisa) |
| 12/10/2003 | 21 | Judge Charles B. Swartwood : STATUS REPORT as to William Brymer, James H. Turpin ; Status Conference set for 2/10/2004 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 12/11/2003) |
| 12/10/2003 | 22 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to William Brymer, James H. Turpin; Time excluded from November 26, 2003 until February 10, 2003, cc/cl. (Roland, Lisa) (Entered: 12/12/2003) |
| 12/19/2003 | | Case as to William Brymer, James H. Turpin Reassigned to Judge Douglas P. Woodlock. Judge Charles B. Swartwood no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Diskes, Sheila) (Entered: 12/19/2003) |
| 02/10/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to William Brymer, James H. Turpin held on 2/10/2004. Case called, Counsel (McNeil, Bills and Sivacek) appear for status conference, Counsel request additional time, Case continued, Time to be excluded. (10:21 A.) (Roland, Lisa) (Entered: 02/10/2004) |
| 02/11/2004 | 23 | Judge Charles B. Swartwood : STATUS REPORT as to William Brymer, James H. Turpin ; Status Conference set for 5/3/2004 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 02/12/2004) |
| 02/11/2004 | 24 | Judge Charles B. Swartwood :ORDER ON EXCLUDABLE DELAY as to William Brymer, James H. Turpin; Time excluded from February 10, 2004 until April 28, 2004, cc/cl. (Roland, Lisa) (Entered: 02/12/2004) |
| 03/26/2004 | 25 | MOTION to Sever Defendant as to William Brymer . (Rynne, Michelle) (Entered: 03/29/2004) |
| 03/26/2004 | 26 | MEMORANDUM in Support by William Brymer re 25 MOTION to Sever Defendant. (Rynne, Michelle) (Entered: 03/29/2004) |
| 03/30/2004 | 27 | MOTION to Suppress pre-trial identificationsas to William Brymer . (Rynne, Michelle) (Entered: 03/31/2004) |

| 03/30/2004 | 28 | MEMORANDUM in Support by William Brymer re 27 MOTION to Suppress pre-trial identifications. (Rynne, Michelle) (Entered: 03/31/2004) |
| 03/31/2004 | 29 | Defendant William Brymer's MOTION TO JOIN CO-DEFENDANT JAMES TURPIN'S MOTIONS. (Greenberg, Rebecca) (Entered: 04/02/2004) |
| 04/02/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 29 Defendant William Brymer's MOTION TO JOIN CO-DEFENDANT JAMES TURPIN'S MOTIONS. (Greenberg, Rebecca) (Entered: 04/02/2004) |
| 04/02/2004 | | Judge Douglas P. Woodlock : Electronic ORDER FOR ELECTRONIC FILING entered: It is hereby ORDERED that, from the date of this order, unless leave is granted upon good cause shown to file paper documents in lieu of electronic filing via this Court's CM/ECF system, ALL future submissions in this case must be electronically filed. Such filings shall be made in accordance with, and subject to, the terms and conditions of electronic filing as set forth by this Court. All parties and counsel who choose to appear in this action must make arrangements to register for participation in electronic case filing, if they have not already done so. In addition to electronically filing any pleading, all parties and counsel shall also file all submissions relating to motions and dispositive matters with the Court in hard copy, clearly marked 'Courtesy Copy - Do Not Scan" on the cover page of each pleading/submission (notations in a cover letter is not deemed sufficient). Courtesy copies of Joint Statements and Status Reports shall also be provided. It is FURTHER ORDERED that Notices, Orders and Memoranda of the Court will only be filed and served electronically. Once a party or counsel has registered for electronic filing, it is his/her responsibility to monitor his/her e-mail to ensure receipt of electronic notices. Any changes in e-mail addresses must be reported to the Court immediately. Information and help on how to register for CM/ECF may be found at this Court's website, at www.mad.uscourts.gov (Greenberg, Rebecca) (Entered: 04/02/2004) |
| 04/06/2004 | | Reset Hearings as to William Brymer, James H. Turpin : Status Conference set for 5/27/2004 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 04/06/2004) |
| 04/07/2004 | 31 | Assented to MOTION *for Enlargement of Time* to June 11, 2004, to respond motion to suppress and motion to sever, as to William Brymer by USA. (McNeil, John) Modified on 4/8/2004 (Rynne, Michelle). (Entered: 04/07/2004) |

| 04/09/2004 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 31 Assented to Motion for enlargement of Time as to William Brymer (1). "ALLOWED. Substantive motions to be filed by 5/12/04; Government's opposition to be filed by 6/11/04. Status conference re-scheduled to Monday, 6/14/04 @ 10:00 am IN BOSTON." cc/cl (Roland, Lisa) (Entered: 04/14/2004) |
|---|---|---|
| 05/12/2004 | 36 | MOTION for Join co-defendant William Brymer's motions, filed by James H. Turpin. (Rynne, Michelle) (Entered: 05/17/2004) |
| 05/12/2004 | 37 | MOTION for Extension of Time to 6/12/04 to File motions as to William Brymer . (Rynne, Michelle) (Entered: 05/17/2004) |
| 06/02/2004 | 38 | Letter (non-motion) regarding transcripts as to William Brymer. (Jones, Sherry) (Entered: 06/02/2004) |
| 06/02/2004 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 37 Motion for Extension of Time to File as to William Brymer (1). ALLOWED. Mr. Brymer to file substantive motions by 6/11/2004. Government to file response by 6/25/2004. Final status conference re-scheduled to 6/29/2004 @ 9:30 am in Courtroom 16, BOSTON. All time excluded from 2/10/2004 through 6/25/2004." cc/cl. (Roland, Lisa) (Entered: 06/10/2004) |
| 06/10/2004 | 39 | NOTICE OF HEARING as to William Brymer, James H. Turpin: Initial Pretrial Conference set for 6/30/2004 at 2:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Greenberg, Rebecca) (Entered: 06/10/2004) |
| 06/24/2004 | 40 | MOTION to be allowed to retain his file in its entirety as to William Brymer . (Rynne, Michelle) (Entered: 06/28/2004) |
| 06/29/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to William Brymer, James H. Turpin held on 6/29/2004. Case called, Counsel (Capin, Sinsheimer, Zalkind-by telephone) appear, Counsel request additional time, Case continued, Time to be excluded. (9:49 A.) (Roland, Lisa) (Entered: 06/29/2004) |
| 06/29/2004 | 43 | STATUS REPORT by William Brymer, c/s. (Jones, Sherry) (Entered: 07/01/2004) |

| 06/29/2004 | 46 | SEALED MOTION as to William Brymer . (Roland, Lisa) (Entered: 07/03/2004) |
|---|---|---|
| 06/30/2004 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Initial Pretrial Conference as to William Brymer, James H. Turpin held on 6/30/2004; 6 week Jury trial set for JUNE 6, 2005 AT 9:00AM, with a Backup Trial date of SEPTEMBER 12, 2005 depending on the status of Attorney Zalkind's possible death penalty case. Parties agree on excludable time. Motion to retain file at Plymouth HC: the 5" rule applies so long as the defendant is provided reasonable access to additional materials at some other location. Ex Parte hearing held on ex parte motions. No date set for hearing on the motion to suppress. Case is still with Magistrate Judge for other pretrial matters. (Court Reporter Pam Owens.) (Greenberg, Rebecca) (Entered: 06/30/2004) |
| 06/30/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 36 Motion for Joinder as to William Brymer (1), James H. Turpin (2); granting 40 Motion To Retain Files at Plymouth House of Correction as to William Brymer (1). The motion to retain files is allowed to the extent that the 5" Rule shall apply in defendant's cell, so long as he has reasonable access to additional materials at some other location. (Greenberg, Rebecca) (Entered: 06/30/2004) |
| 06/30/2004 | | Electronic NOTICE OF HEARING as to William Brymer, James H. Turpin: Jury Trial set for 6/6/2005 at 9:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Backup trial date is 9/12/2005 at 9:00 AM in Courtroom 1 before Judge Douglas P. Woodlock.(Greenberg, Rebecca) (Entered: 06/30/2004) |
| 06/30/2004 | 42 | Judge Douglas P. Woodlock : NOTICE OF TRIAL, TRIAL ORDER, AND ORDER OF EXCLUDABLE DELAY entered as to William Brymer, James H. Turpin (Greenberg, Rebecca) (Entered: 06/30/2004) |
| 06/30/2004 | 44 | Judge Charles B. Swartwood : ORDER entered STATUS REPORT as to William Brymer, James H. Turpin Scheduling Conference set for 10/4/2004 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (cc/cl) (Jones, Sherry) (Entered: 07/02/2004) |
| 06/30/2004 | 45 | Judge Charles B. Swartwood : ORDER entered ORDER ON EXCLUDABLE DELAY as to William Brymer, James H. Turpin Time excluded from 4/28/04 until 9/30/04. (Jones, Sherry) (Entered: 07/02/2004) |

| 07/08/2004 | 47 | MOTION to Withdraw as Attorney by AUSA John T. McNeil. as to William Brymer, James H. Turpin by USA. (McNeil, John) (Entered: 07/08/2004) |
|---|---|---|
| 07/08/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 47 Motion to Withdraw as Attorney. as to William Brymer (1), James H. Turpin (2). AUSA John McNeil withdrawn; AUSA John Capin representing the United States. (Greenberg, Rebecca) (Entered: 07/08/2004) |
| 07/08/2004 | | Attorney update in case as to William Brymer, James H. Turpin. Attorney John A. Capin for USA and USA added. Attorney John T. McNeil terminated. (Greenberg, Rebecca) (Entered: 07/08/2004) |
| 07/13/2004 | 52 | MOTION for Discovery as to William Brymer . (Rynne, Michelle) (Entered: 07/14/2004) |
| 07/22/2004 | 53 | Assented to MOTION for Extension of Time to 8/6/04 to File Motion to Obtain Hair and DNA Samples as to William Brymer, James H. Turpin by USA. (Capin, John) (Entered: 07/22/2004) |
| 07/23/2004 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 53 Motion for Extension of Time to File as to William Brymer (1), James H. Turpin (2). "ALLOWED. Motion to be filed by 8/6/04 and opposition to be filed by 9/10/04. New status conference set. rescheduled to 9/15/04 at 2:15 p.m." (cc/cl) (Jones, Sherry) (Entered: 07/23/2004) |
| 07/23/2004 | | Set/Reset Hearings as to William Brymer, James H. Turpin : Status Conference set for 9/15/2004 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Jones, Sherry) (Entered: 07/23/2004) |
| 07/23/2004 | | Terminate Hearing on 10/4/04 at 2:15 for status conference reset to 9/15/04 at 2:15 as to William Brymer, James H. Turpin : (cc/cl) (Jones, Sherry) (Entered: 07/23/2004) |
| 08/06/2004 | 54 | MOTION for Hair and DNA, Exemplars as to William Brymer, James H. Turpin by USA. (Attachments: # 1 Exhibit Laboratory Reports# 2 Exhibit Court Order)(Capin, John) (Entered: 08/06/2004) |
| 08/12/2004 | 57 | Opposition by William Brymer re 54 MOTION for Hair and DNA, Exemplars. (Rynne, Michelle) (Entered: 08/13/2004) |

| 08/13/2004 | 56 | RESPONSE to Motion by USA as to William Brymer, James H. Turpin re 52 MOTION for Discovery, 51 MOTION for Discovery (Capin, John) (Entered: 08/13/2004) |
| 08/17/2004 | 58 | Letter (non-motion) regarding detention hearing tapes as to William Brymer, James H. Turpin. (Hassett, Kathy) (Entered: 08/17/2004) |
| 08/30/2004 | | Judge Charles B. Swartwood : Electronic ORDER entered denying 52 Motion for Discovery as to William Brymer (1). "This Motion is DENIED as MOOT. See Government's response docket No. 56." cc/cl (Roland, Lisa) (Entered: 08/31/2004) |
| 09/15/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to William Brymer, James H. Turpin held on 9/15/2004 . Case called, Counsel (Capin, Bills, Sinsheimer) appear by telephone, Matter continued, Status Conference set for 10/7/2004 03:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (2:45 P.) (Roland, Lisa) (Entered: 09/15/2004) |
| 09/21/2004 | 61 | TRANSCRIPT of Initial Appearance Proceedings as to William Brymer held on September 17, 2003 before Judge Charles B. Swartwood, III. Court Reporter: Maryann V. Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Hassett, Kathy) (Entered: 09/21/2004) |
| 09/21/2004 | 62 | TRANSCRIPT of Probable Cause and Detention Proceedings as to William Brymer held on September 25, 2003 before Judge Charles B. Swartwood, III. Court Reporter: Maryann V. Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Hassett, Kathy) (Entered: 09/21/2004) |
| 09/21/2004 | 63 | TRANSCRIPT of Initial Appearance Proceedings as to William Brymer held on October 7, 2003 before Judge Charles B. Swartwood, III. Court Reporter: Maryann V. Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Hassett, Kathy) (Entered: 09/21/2004) |
| 10/06/2004 | 64 | Judge Charles B. Swartwood : ORDER entered granting 54 Motion to Obtain Hair & DNA Samples as to William Brymer (1), James H. Turpin (2), cc/cl. (Roland, Lisa) (Entered: 10/06/2004) |

| 10/07/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to William Brymer, James H. Turpin held on 10/7/2004. Case called, Counsel (Capin, Sivcek, Zalkind, Bills) appear by telephone, Counsel request additional time, Case continued, Time to be excluded. (3:16 P.) (Roland, Lisa) (Entered: 10/07/2004) |
|---|---|---|
| 10/08/2004 | 65 | Judge Charles B. Swartwood : STATUS REPORT as to William Brymer, James H. Turpin ; Status Conference set for 11/29/2004 02:30 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 10/08/2004) |
| 10/08/2004 | 66 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to William Brymer, James H. Turpin ; Time excluded from September 30, 2004 until November 19, 2004, cc/cl. (Roland, Lisa) (Entered: 10/08/2004) |
| 10/19/2004 | 69 | Objection as to William Brymer : (Sivacek, Susan) (Entered: 10/19/2004) |
| 10/19/2004 | | Notice of correction to docket made by Court staff. Correction: document #67 deleted because: electonically filed with one page upside down and filed as a motion...should have been filed as an opposition. Attorney to refile today as to William Brymer, James H. Turpin (Hassett, Kathy) (Entered: 10/26/2004) |
| 11/19/2004 | 71 | Opposition by USA as to William Brymer re 25 MOTION to Sever Defendant (Capin, John) (Entered: 11/19/2004) |
| 11/19/2004 | 73 | Opposition by USA as to William Brymer, James H. Turpin re 35 MOTION to Suppress, 27 MOTION to Suppress *"Suggestive Identifications"* (Attachments: # 1)(Capin, John) (Entered: 11/19/2004) |
| 11/19/2004 | 74 | Response as to William Brymer, James H. Turpin : 68 Appeal of Magistrate Judge Decision to District Court filed by James H. Turpin. (Attachments: # 1 # 2 # 3)(Capin, John) (Entered: 11/19/2004) |
| 11/29/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to William Brymer, James H. Turpin held on 11/29/2004, Case called, Counsel (Capin, Pastorok, Sinsheimer) appear by telephone, Counsel request that case be sent back to District Judge, Final Status Report to Issue. (2:36 P.) (Roland, Lisa) (Entered: 11/29/2004) |

| 11/29/2004 | 75 | Judge Charles B. Swartwood : FINAL STATUS REPORT as to William Brymer, James H. Turpin, cc/cl. (Roland, Lisa) (Entered: 11/30/2004) |
|---|---|---|
| 11/29/2004 | 76 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to William Brymer, James H. Turpin; Time excluded from November 19, 2004 until November 29, 2004, cc/cl. (Roland, Lisa) (Entered: 11/30/2004) |
| 11/30/2004 | | Case as to William Brymer, James H. Turpin no longer referred to Charles B. Swartwood. (Roland, Lisa) (Entered: 11/30/2004) |
| 11/30/2004 | | NOTICE OF HEARING as to William Brymer, James H. Turpin Status Conference set for 12/2/2004 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 11/30/2004) |
| 12/02/2004 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Status Conference as to William Brymer, James H. Turpin held on 12/2/2004. Court adopts Magistrate Judge Swartwood's order re: DNA and Hair samples; overrules objections. Oral motion for leave to file motion to suppress late re: Brymer - allowed. Motion due 1/7/05; Attorney Zalkind to report to Court the schedule re: death penalty case before Judge Saris. Time excluded to 6/6/05 in the interest of justice. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 12/03/2004) |
| 01/07/2005 | 77 | MOTION to Suppress *Statements* as to William Brymer. (Sivacek, Susan) (Entered: 01/07/2005) |
| 01/19/2005 | 78 | Opposition by USA as to William Brymer re 77 MOTION to Suppress *Statements* (Attachments: # 1)(Capin, John) (Entered: 01/19/2005) |
| 02/16/2005 | | NOTICE OF HEARING ON MOTION as to William Brymer, James H. Turpin Motion Hearing re: all pending motions set for 6/1/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. 6-Week Jury trial is set for 11/7/05 at 9:00 am. (Rynne, Michelle) (Entered: 02/16/2005) |
| 02/16/2005 | | Set/Reset Hearings as to William Brymer, James H. Turpin: Jury Trial set for 11/7/2005 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 02/16/2005) |
| 05/25/2005 | 80 | Joint MOTION to Continue *Hearing on Pending Motions* as to William Brymer, James H. Turpinby USA. (Capin, John) (Entered: 05/25/2005) |

| | | |
|---|---|---|
| 05/26/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 80 Motion to Continue as to William Brymer (1), James H. Turpin (2). Motion hearing on all pending motions continued to 9:00 am. to 1:00 pm on 8/1/05 and 8/2/05. (Rynne, Michelle) (Entered: 05/26/2005) |
| 05/26/2005 | | NOTICE OF RESCHEDULING HEARING ON ALL PENDING MOTIONS as to William Brymer, James H. Turpin. Motion Hearing reset for 8/1/2005 AND 8/2/2005 9:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/26/2005) |
| 05/31/2005 | 81 | Objection to any delay in Court hearing on Motions set for June 1, 2005 and Statement of Facts as to William Brymer: (Nici, Richard) (Entered: 06/02/2005) |
| 05/31/2005 | 82 | MOTION for Speedy Trial ***document also contains objection and statement of facts****as to William Brymer. (Nici, Richard) (Entered: 06/02/2005) |
| 06/07/2005 | | NOTICE OF HEARING as to William Brymer, James H. Turpin: Status Conference set for 6/14/2005 11:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/07/2005) |
| 06/10/2005 | | NOTICE OF HEARING ON MOTION/STATUS CONFERENCE as to William Brymer. Hearing reset for 6/13/2005 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/10/2005) |
| 06/13/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Status Conference as to William Brymer, James H. Turpin held on 6/13/2005. Notice of appearance by Laura Malouf filed in open court on behalf of defendant Brymer. Colloquy re: docket number 82. Possible conflict for co-defendant with trial date of November 7th. Defendant withdraws motion (docket #82). (Court Reporter Pam Owens.) (Folan, Karen) (Entered: 06/13/2005) |
| 06/13/2005 | | Motions terminated as to William Brymer: 82 MOTION for Speedy Trial filed by William Brymer, withdrawn at hearing on June 13, 2005. (Folan, Karen) (Entered: 06/13/2005) |
| 06/13/2005 | 84 | NOTICE OF ATTORNEY APPEARANCE: Laura P. Malouf appearing for William Brymer (Nici, Richard) (Entered: 06/15/2005) |

| | | |
|---|---|---|
| 06/14/2005 | 83 | NOTICE OF ATTORNEY APPEARANCE Timothy Q. Feeley appearing for USA. (Feeley, Timothy) (Entered: 06/14/2005) |
| 07/20/2005 | 86 | Supplemental MEMORANDUM in Opposition by USA as to William Brymer, James H. Turpin re 35 MOTION to Suppress, 27 MOTION to Suppress (Feeley, Timothy) (Entered: 07/20/2005) |
| 07/21/2005 | 87 | Supplemental MEMORANDUM in Opposition by USA as to William Brymer re 77 MOTION to Suppress *Statements* (Feeley, Timothy) (Entered: 07/21/2005) |
| 07/28/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Status Conference as to William Brymer, James H. Turpin re: motions to suppress held on 7/28/2005. Evidentiary hearing on motions to suppress previously set for 8/1/05 and 8/2/05 at 9:00 am. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 07/28/2005) |
| 07/29/2005 | | NOTICE OF RESCHEDULING as to William Brymer, James H. Turpin: Evidentiary Hearing reset for 8/2/2005 and 8/3/2005 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 07/29/2005) |
| 08/02/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Evidentiary Hearing as to William Brymer, James H. Turpin held on 8/2/2005, Evidentiary hearing held regarding Defendant Turpin's Motion to suppress 32 ; Government calls Sgt. Paul Murphy, Det. Brian Cohoon. Government rests. Defendant Turpin calls Patricia Turpin, Joseph Turpin, Mrs. Patricia Turpin, Dr. Brian Johnson. Defendant Turpin rests. Court hears argument. Motion to suppress 32 DENIED for reasons stated on the record in open court; Court hears argument re: 27 Motion to Suppress pre-trial identifications/ 35 Motion to suppress suggestive identification - motions DENIED without prejudice for reasons stated on the record in open court. Motion to suppress statements 77 filed by Deft. Brymer is MOOT based upon the representation by the government that the statements will not be used at trial. Jury trial has previously been set for 11/7/05 at 9:00 am. Attorney Zalkind shall communicate with the court his schedule regarding trial before Judge Saris. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 08/02/2005) |
| 08/02/2005 | 88 | EXHIBIT/WITNESS LIST by William Brymer, USA, James H. Turpin as to William Brymer, James H. Turpin (Nici, Richard) (Entered: 08/03/2005) |

| 08/12/2005 | 89 | Letter (non-motion) regarding appointment of counsel as to William Brymer (Nici, Richard) (Entered: 08/12/2005) |
|---|---|---|
| 08/18/2005 | 91 | MOTION as to William Brymer. (Nici, Richard) (Entered: 08/24/2005) |
| 08/19/2005 | 90 | Letter (non-motion) regarding schedule of a motion hearing as to William Brymer, James H. Turpin (Nici, Richard) (Entered: 08/24/2005) |
| 08/29/2005 | | NOTICE OF HEARING ON MOTION as to William Brymer, James H. Turpin Motion Hearing RE: Motion to sever set for 9/19/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 08/29/2005) |
| 09/19/2005 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Hearing as to William Brymer, James H. Turpin held on 9/19/2005 re 25 MOTION to Sever Defendant filed by William Brymer. Motion to sever MOOT in light of defendants' intention to plead guilty. Rule 11 hearing set for 9/28/05 at 3:30 p.m. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 09/19/2005) |
| 09/19/2005 | 93 | NOTICE OF HEARING as to William Brymer, James H. Turpin: Change of Plea Hearing set for 9/28/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 09/19/2005) |
| 09/28/2005 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Change of Plea Hearing as to William Brymer, James H. Turpin held on 9/28/2005. Defendants sworn; court conducts colloquy with each defendant; Plea received as to William Brymer (1) Guilty Count 2s,4s and James H. Turpin (2) Guilty Count 2s,4s. Court reserves acceptance of plea until sentencing. Sentencing set for 1/5/06 at 2:30 p.m. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 09/28/2005) |
| 09/28/2005 | 94 | Judge Douglas P. Woodlock : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to William Brymer, James H. Turpin Sentencing set for 1/5/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 09/28/2005) |
| 09/28/2005 | 96 | PLEA AGREEMENT as to William Brymer (Nici, Richard) (Entered: 09/29/2005) |

| 10/03/2005 | 97 | Memorandum regarding Juvenile Records from South Boston, Somerville, Boston and Woburn Juvenile Courts as to William Brymer (Nici, Richard). (Entered: 10/05/2005) |
| --- | --- | --- |
| 10/03/2005 | 98 | Judge Douglas P. Woodlock : ORDER entered to obtain copies of juvenile records from South Boston Juvenile Court as to William Brymer re 97 Memorandum (not related to a motion) (Nici, Richard) Order not scanned. Copies sent to USPO. (Entered: 10/05/2005) |
| 10/03/2005 | 99 | Judge Douglas P. Woodlock : ORDER entered to obtain copies of juvenile records from Somerville Juvenile Court as to William Brymer re 97 Memorandum (not related to a motion) (Nici, Richard) Order not scanned. Copies sent to USPO. (Entered: 10/05/2005) |
| 10/03/2005 | 100 | Judge Douglas P. Woodlock : ORDER entered to obtain copies of juvenile records from Boston Juvenile Court as to William Brymer re 97 Memorandum (not related to a motion) (Nici, Richard) Order not scanned. Copies sent to USPO. (Entered: 10/05/2005) |
| 10/03/2005 | 101 | Judge Douglas P. Woodlock : ORDER entered to obtain copies of juvenile records from Woburn Juvenile Court as to William Brymer re 97 Memorandum (not related to a motion) (Nici, Richard) Order not scanned. Copies sent to USPO. (Entered: 10/05/2005) |
| 01/03/2006 | 107 | SENTENCING MEMORANDUM by William Brymer (Sinsheimer, Robert) (Entered: 01/03/2006) |
| 01/05/2006 | 109 | MOTION to Dismiss *Indictment and Counts of Superseding Indictment* as to William Brymer, James H. Turpinby USA. (Feeley, Timothy) (Entered: 01/05/2006) |
| 01/05/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Sentencing held on 1/5/2006 for William Brymer (1), Count(s) 2s, 4s, and James H. Turpin (2), Count(s) 2s, 4s. Defendant William Brymer is sentenced to 7 years on count 2s and 25 years on count 4s to be served consecutive; 5 years supervised release with standard and special conditions; Special Assessment $200. Restitution of $2828 deferred until period of supervised release. Interest shall accrue; Defendant James H. Turpin is sentenced to 7 years on count 2s and 25 years on count 4s to be served consecutive; 5 years supervised release with standard and special conditions; Special Assessment $200. Restitution of $2828 deferred until |

| | | |
|---|---|---|
| | | period of supervised release. Interest shall accrue. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/05/2006) |
| 01/06/2006 | 110 | NOTICE OF APPEAL by William Brymer Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/26/2006. (Sinsheimer, Robert) (Entered: 01/06/2006) |
| 01/06/2006 | 112 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT as to William Brymer (1), Count(s) 2s, 4s, Defendant is sentenced to 7 years on count 2s and 25 years on count 4s to be served consecutive; 5 years supervised release with standard and special conditions; Special Assessment $200. Restitution of $2828 deferred until period of supervised release. Interest shall accrue. (Nici, Richard) (Entered: 01/10/2006) |
| 02/17/2006 | 114 | Certified and Transmitted Record on Appeal as to William Brymer to US Court of Appeals re 110 Notice of Appeal, (Ramos, Jeanette) (Entered: 02/17/2006) |
| 03/02/2006 | 115 | USCA Case Number as to William Brymer 06-1323 for 110 Notice of Appeal, filed by William Brymer,. (Ramos, Jeanette) (Entered: 03/02/2006) |
| 06/01/2006 | | TRANSCRIPT ORDER ACKNOWLEDGMENT FORM received from USCA and addressed to Pamela R. owens as to William Brymer' Transcript order form filed in USCA on June 1, 2006. Transcripts ordered: Change of Plea 9/28/05 and Sentending 1/5/06. Transcripts due by 7/31/2006. (Scalfani, Deborah) (Entered: 06/05/2006) |
| 07/27/2006 | 116 | TRANSCRIPT of Rule 11 Hearing as to William Brymer, James H. Turpin held on September 28, 2005 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/27/2006) |
| 07/27/2006 | 117 | TRANSCRIPT of Sentencing as to William Brymer, James H. Turpin held on January 5, 2006 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at |

| | | |
|---|---|---|
| | | 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/27/2006) |
| 07/27/2006 | 118 | Transmitted Supplemental Record on Appeal as to William Brymer, James H. Turpin re 110 Notice of Appeal, Documents included: 116-117 (Scalfani, Deborah) (Entered: 07/27/2006) |
| 12/18/2006 | 119 | TRANSCRIPT of Hearing as to William Brymer, James H. Turpin held on June 13, 200 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/18/2006) |
| 12/18/2006 | 120 | Transmitted Supplemental Record on Appeal as to William Brymer, James H. Turpin re 110 Notice of Appeal, Documents included: 119 (Scalfani, Deborah) (Entered: 12/18/2006) |
| 02/23/2007 | | TRANSCRIPT ORDER ACKNOWLEDGMENT FORM received from USCA and addressed to Pamela R. Owens as to William Brymer' Transcript order form filed in USCA on January 30, 2007. Transcripts ordered: 7/28/05 and 8/2/05 Motion Hearings due by 4/24/2007. (Scalfani, Deborah) (Entered: 02/26/2007) |
| 02/26/2007 | 121 | TRANSCRIPT of Hearing as to William Brymer, James H. Turpin held on July 28, 2005 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/26/2007) |
| 02/26/2007 | 122 | TRANSCRIPT of Motion to Suppress Hearing as to William Brymer, James H. Turpin held on August 2, 2005 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/26/2007) |
| 02/26/2007 | 123 | Transmitted Supplemental Record on Appeal as to William Brymer, James H. Turpin re 110 Notice of Appeal, Documents included: 121-122 (Scalfani, Deborah) (Entered: 02/26/2007) |
| 05/08/2007 | | TRANSCRIPT ORDER ACKNOWLEDGMENT FORM received from USCA and addressed to Pamela R. Owens as to William Brymer' Transcript order form |

| | | |
|---|---|---|
| | | filed in USCA on March 28, 2007. Transcript ordered: 8/26/05 Motion Hearing due by 7/9/2007. (Scalfani, Deborah) (Entered: 05/09/2007) |
| 06/01/2007 | 124 | TRANSCRIPT of Ex Parte Hearing on Motion to Withdraw as to William Brymer held on August 26, 2005 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/01/2007) |
| 06/01/2007 | 125 | Transmitted Supplemental Record on Appeal as to William Brymer re 110 Notice of Appeal, Documents included: 124 (Scalfani, Deborah) (Entered: 06/01/2007) |
| 12/07/2007 | 126 | MANDATE of USCA (certified copy) as to William Brymer re 110 Notice of Appeal. AFFIRMED. Mandate issued in the USCA 12/7/2007 (Entered: 12/07/2007) |
| 12/10/2007 | | Appeal Record Returned as to William Brymer: (Ramos, Jeanette) (Entered: 12/10/2007) |
| 04/04/2016 | 131 | MOTION for Legal Counsel on Said Facts Below filed by William Brymer. (Beatty, Barbara) (Entered: 06/22/2016) |
| 05/29/2016 | 127 | MOTION to Appoint Counsel *under Gen. Order 16-1: Defendant Seeking Relief under Johnson v US* as to William Brymer. (Shea, Mark) (Entered: 05/29/2016) |
| 06/01/2016 | 128 | Judge Douglas P. Woodlock: ORDER granting 127 Motion to Appoint Counsel under Gen. Order 16-1 Seeking Relief under Johnson v US. Mark W. Shea appointed as to William Brymer. (Beatty, Barbara) (Entered: 06/01/2016) |
| 06/22/2016 | 132 | Judge Douglas P. Woodlock: ORDER finding as moot 131 Motion for Legal Counsel as to William Brymer, in light of the allowance of docket entry #127. (Beatty, Barbara) (Entered: 06/22/2016) |
| 06/24/2016 | 134 | First MOTION to Vacate under 28 U.S.C. 2255 pursuant to Johnson v. US 135 S.Ct. 2551 (2015) as to William Brymer. (Shea, Mark) Civil case 1:16-cv-11282 opened. (Entered: 06/24/2016) |

| 06/30/2016 | 135 | Judge Douglas P. Woodlock: ORDER entered. SERVICE ORDER re 2255 Motion. Order entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in 21 days of receipt of this order as to * William Brymer * (Gioia, AnaMaria) (Entered: 06/30/2016) |
|---|---|---|
| 07/18/2016 | 137 | Assented to MOTION for Extension of Time to September 5, 2016 to File Response/Reply as to 134 First MOTION to Vacate under 28 U.S.C. 2255 pursuant to Johnson v. US 135 S.Ct. 2551 (2015) as to William Brymer by USA. (Capin, John) (Entered: 07/18/2016) |
| 07/19/2016 | 139 | Judge Douglas P. Woodlock: ORDER granting 137 Assented to Motion for 45 Day Extension of Time - Until September 5, 2016 - to File Response to §2255 Petition as to William Brymer (1) (Beatty, Barbara) (Entered: 07/19/2016) |
| 09/02/2016 | 142 | MOTION for Extension of Time to September12, 2016 to File Response to 28 U.S.C. section 2255 petition as to William Brymer by USA. (Capin, John) (Entered: 09/02/2016) |
| 09/06/2016 | 144 | Judge Douglas P. Woodlock: ORDER granting 142 Assented to Motion for One Week Extension of Time - Until September 12, 2016 - to File Response to §2255 Petition as to William Brymer (1). (Beatty, Barbara) (Entered: 09/06/2016) |
| 09/12/2016 | 145 | Opposition by USA as to William Brymer, James H. Turpin re 133 MOTION to Vacate under 28 U.S.C. 2255 pursuant to Johnson v. US 135 S.Ct. 2551 (2015) , 134 First MOTION to Vacate under 28 U.S.C. 2255 pursuant to Johnson v. US 135 S.Ct. 2551 (2015) (Capin, John) (Entered: 09/12/2016) |
| 10/03/2016 | 146 | Assented to MOTION for Extension of Time to 10/17/2016 to File Response/Reply as to 145 Opposition to Motion, *Jointly Filed* as to William Brymer, James H. Turpin by William Brymer. (Shea, Mark) (Entered: 10/03/2016) |
| 10/05/2016 | 147 | Judge Douglas P. Woodlock: ORDER granting 146 Assented to Joint Motion for Extension of Time to File Reply to Government's Response until 10/17/2016. (Beatty, Barbara) (Entered: 10/05/2016) |
| 01/10/2019 | 148 | Judge Douglas P. Woodlock: MEMORANDUM AND ORDER entered denying 134 Motion to Vacate (2255) as to William Brymer (1) (Woodlock, |

|  |  | Douglas)<br>Civil Case 1:16-cv-11282-DPW closed. (Entered: 01/10/2019) |
|---|---|---|
| 01/10/2019 | 150 | Judge Douglas P. Woodlock: ORDER - In accordance with First Circuit Local Rule 22.0(a), I hereby deny a certificate of appealability concerning the denial of petitioner's motion under 28 U.S.C. 2255. The petitioner, William Brymer, has failed to make a substantial showing of the denial of a constitutional right with respect to his claims. (Beatty, Barbara) (Entered: 01/10/2019) |
| 04/13/2020 | 152 | MOTION to Appoint Counsel *re: Motion for Early Release under 18 USC s. 3582(c)(1)(A)* as to William Brymer. (Shea, Mark) (Entered: 04/13/2020) |
| 04/14/2020 | 153 | Judge Douglas P. Woodlock: ELECTRONIC ORDER granting 152 Motion to be Appointed as Counsel under General Order 20-16 for Defendant Seeking Early Release. Mark W. Shea appointed as to William Brymer (1). (Beatty, Barbara) (Entered: 04/14/2020) |
| 08/21/2020 | 154 | JUDGMENT of the USCA (19-2207) as to William Brymer: The application for leave to file a second or successive 28 U.S.C. 2255 motion is DENIED. (Paine, Matthew) (Entered: 08/23/2020) |
| 12/04/2020 | 156 | MOTION for Compassionate Release 18 USC 3582 as to William Brymer. (Attachments: # 1 Exhibit IRP, # 2 Exhibit Education Transcript, # 3 Exhibit Administrative Remedy documents, # 4 Exhibit USSC Hearing Transcript, # 5 Exhibit Congressional Testimony, # 6 Exhibit Letters of Support)(Shea, Mark) (Entered: 12/04/2020) |
| 12/08/2020 | 157 | MOTION for Leave to File *Exhibit under Seal* as to William Brymer. (Shea, Mark) (Entered: 12/08/2020) |
| 12/09/2020 | 158 | Judge Douglas P. Woodlock: ORDER granting 157 Motion for Leave to File Exhibit Under Seal as to William Brymer (1). (Beatty, Barbara) (Entered: 12/09/2020) |
| 12/22/2020 | 160 | First MOTION for Extension of Time to January 11, 2021 to File Respond to Defendant's Compassionate Release Motion as to William Brymer by USA. (Tobin, David) (Entered: 12/22/2020) |

| 12/22/2020 | 161 | MOTION to Amend/Correct 156 MOTION for Compassionate Release 18 USC 3582 filed by William Brymer as to William Brymer. (Shea, Mark) (Entered: 12/22/2020) |
| 12/23/2020 | 162 | Judge Douglas P. Woodlock: ORDER granting 161 Motion to Correct Statement Regarding Mandatory Minimum Sentence in Motion for Compassionate Release as to William Brymer (1). (Beatty, Barbara) (Entered: 12/23/2020) |
| 12/23/2020 | 163 | Judge Douglas P. Woodlock: ORDER granting 160 Unopposed Motion to Enlarge Time to Respond to Motion for Compassionate Release until January 11, 2021 as to William Brymer (1). (Beatty, Barbara) (Entered: 12/23/2020) |
| 01/08/2021 | 164 | Opposition by USA as to William Brymer re 156 MOTION for Compassionate Release 18 USC 3582 (Tobin, David) (Entered: 01/08/2021) |
| 01/11/2021 | 165 | MOTION Substitute Amended response for original response as to William Brymer by USA. (Attachments: # 1 Supplement)(Tobin, David) (Entered: 01/11/2021) |
| 01/12/2021 | 166 | Judge Douglas P. Woodlock: ORDER granting 165 Government's Motion to Substitute Amended Response as to William Brymer (1). (Beatty, Barbara) (Entered: 01/12/2021) |
| 05/24/2021 | 169 | MOTION for Extension of time to expand on Medical Issues and Reply to the Governments Opposition as to William Brymer. (Attachments: # 1 Affidavit, # 2 Exhibit)(McDonagh, Christina) (Entered: 05/25/2021) |
| 12/27/2021 | 170 | REPLY TO RESPONSE to Motion by William Brymer re 165 MOTION Substitute Amended response for original response (Shea, Mark) (Entered: 12/27/2021) |
| 01/06/2022 | 171 | AFFIDAVIT of William Brymer by William Brymer 170 Reply to Response filed by William Brymer, 156 MOTION for Compassionate Release 18 USC 3582 filed by William Brymer (Attachments: # 1 Affidavit)(Shea, Mark) (Entered: 01/06/2022) |
| 01/24/2022 | 172 | Letter (non-motion) re. submission of Affidavits of William Brymer as to William Brymer (Attachments: # 1 Affidavit, # 2 Affidavit)(McManus, Caetlin) (Entered: 01/24/2022) |

| | | |
|---|---|---|
| 01/28/2022 | 173 | MOTION for Leave to File Exhibits to be Added to Motion for Compassionate Release 156 as to William Brymer. (McManus, Caetlin) (Additional attachment(s) added on 1/28/2022: # 1 Exhibit #1 Letters of Support from Family and Friends (re. document number 156-6), # 2 Exhibit #2 Classes and Course Certificates (re. doc. No. 156-2)) (McManus, Caetlin). (Entered: 01/28/2022) |
| 01/28/2022 | 174 | MOTION for Leave to File Medical Exhibits Under Sealas to William Brymer. (McManus, Caetlin) (Additional attachment(s) added on 1/28/2022: # 1 Exhibit Affidavit, Medical Records, Lab Reports, Electronic Medical Requests (Filed Under Seal)) (McManus, Caetlin). (Entered: 01/28/2022) |
| 02/11/2022 | 175 | AFFIDAVIT of William Brymer in Support of 156 MOTION for Compassionate Release 18 USC 3582 (Attachments: # 1 Exhibit, # 2 Cover Letter)(McManus, Caetlin) (Entered: 02/11/2022) |
| 02/28/2022 | 176 | Letter (non-motion) regarding Request for Compassionate Release as to William Brymer (McManus, Caetlin) (Entered: 03/01/2022) |
| 07/11/2022 | 177 | Letter (non-motion) from Time Served in support of Motion for Compassionate Release as to William Brymer (McManus, Caetlin) Modified on 7/12/2022 to correct date filed (McManus, Caetlin). (Entered: 07/12/2022) |
| 07/11/2022 | 178 | Letter (non-motion) from Chad Marks in support of Motion for Compassionate Release as to William Brymer (McManus, Caetlin) Modified on 7/12/2022 to correct date filed (McManus, Caetlin). (Entered: 07/12/2022) |
| 08/04/2022 | 179 | Supplemental MEMORANDUM in Support by William Brymer re 156 MOTION for Compassionate Release 18 USC 3582 *and Request for Hearing* (Attachments: # 1 Exhibit A. BOP Care Level Classification, # 2 Exhibit B. What is the MELD Score, # 3 Exhibit C. Stages of Cirrhosis, # 4 Exhibit D. Program Acceptance Letter)(Shea, Mark) (Additional attachment(s) added on 8/8/2022: # 5 Sealed Exhibit Cover Page, # 6 Sealed Exhibit 1, # 7 Sealed Exhibit 2, # 8 Sealed Exhibit 3) (McManus, Caetlin). (Entered: 08/04/2022) |
| 08/04/2022 | 180 | MOTION for Leave to File *Exhibits Under Seal* as to William Brymer. (Shea, Mark) (Entered: 08/04/2022) |

| 08/05/2022 | 181 | Judge Douglas P. Woodlock: ELECTRONIC ORDER granting 180 Motion for Leave to File Exhibits Under Seal as to William Brymer (1). It is further ORDERED, after consulting with the government, that the government shall file a response to 179 Defendant's Supplemental Memorandum no later than September 2, 2022. No further extensions will be granted. (Beatty, Barbara) (Entered: 08/05/2022) |
| --- | --- | --- |
| 08/26/2022 | 182 | Opposition by USA as to William Brymer re 156 MOTION for Compassionate Release 18 USC 3582 (Tobin, David) (Entered: 08/26/2022) |
| 10/11/2022 | 184 | Letter (non-motion) regarding Motion for Compassionate Release as to William Brymer (Attachments: # 1 Letter in Support of Compassionate Release from the BOP.)(McManus, Caetlin) (Entered: 10/11/2022) |
| 10/20/2022 | 185 | AFFIDAVIT of William Brymer by William Brymer (McDonagh, Christina) (Entered: 10/21/2022) |
| 10/20/2022 | 186 | Letters and other documents in Support of Compassionate Release as to William Brymer (McManus, Caetlin) (Entered: 10/24/2022) |
| 11/08/2022 | 187 | Judge Douglas P. Woodlock: ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. §3582(c)(1)(A) granting 156 Order on Motion for Compassionate Release as to William Brymer (1). (Beatty, Barbara) (Entered: 11/08/2022) |
| 12/14/2022 | 188 | Letter received from William Brymer regarding the granting of compassionate release. (Beatty, Barbara) (Entered: 12/15/2022) |
| 12/14/2022 | 212 | Magistrate Judge M. Page Kelley: ORDER entered. CJA 20 as to William Brymer: Appointment of Attorney Jessica Hedges re CARE program. The Court grants counsel's request to submit interim billing. Counsel shall submit bills on a monthly basis after her first submission. (Vieira, Leonardo) (Entered: 02/02/2024) |
| 12/22/2022 | 189 | MOTION for Access to FBI CJIS Records as to William Brymer. (Shea, Mark) (Entered: 12/22/2022) |
| 01/03/2023 | 190 | MOTION to Withdraw Document 189 MOTION Access to FBI CJIS Records as to William Brymer. (Shea, Mark) (Entered: 01/03/2023) |

| 01/04/2023 | 191 | Judge Douglas P. Woodlock: ELECTRONIC ORDER granting 190 Motion to Withdraw Document withdrawing 189 Motion or Access to FBI CJIS Records as to William Brymer (1). (Beatty, Barbara) (Entered: 01/04/2023) |
|---|---|---|
| 12/06/2023 | 207 | Electronic Clerk's Notes for proceedings held before Magistrate Judge M. Page Kelley: CARE Conference as to William Brymer held on 12/6/2023. Mr. Brymer graduated from the CARE program. Probation moved to reduce Mr. Brymer's term of supervised release by 1 year. Motion allowed by Judge Woodlock. Order to issue. (Attorneys present: Pawlowski, Cummings, OLeary, Fucci, Wertz, Mullen, Taylor.) (Vieira, Leonardo) (Entered: 12/06/2023) |
| 12/06/2023 | 208 | Judge Douglas P. Woodlock: ORDER entered. Order of the Court to Reduce the Defendant's Term of Supervised Release by One Year as to William Brymer. (McManus, Caetlin) (Entered: 12/07/2023) |
| 04/10/2024 | 215 | Letter (non-motion) regarding Co-defendant James H. Turpin from William Brymer. (Attachments: # 1 Copy of Envelope)(McManus, Caetlin) (Entered: 04/11/2024) |
| 09/26/2024 | 223 | MOTION for Early Termination of Probation as to William Brymer. (McManus, Caetlin) Modified on 10/16/2024 to Restrict Entry Due To Personal Identifiers (Paine, Matthew). (Entered: 09/26/2024) |
| 10/04/2024 | 225 | ELECTRONIC NOTICE of Case Reassignment as to William Brymer, James H. Turpin; Judge Richard G. Stearns assigned to case. (adminn, ) (Entered: 10/04/2024) |
| 10/04/2024 | 226 | ELECTRONIC NOTICE of Case Reassignment as to William Brymer, James H. Turpin; Judge Douglas P. Woodlock assigned to case. Docket entry 225 made in error. (adminn, ) (Entered: 10/04/2024) |
| 10/09/2024 | 227 | ELECTRONIC NOTICE of Case Reassignment as to William Brymer, James H. Turpin; Judge William G. Young assigned to case. (adminn, ) (Entered: 10/09/2024) |
| 10/17/2024 | 228 | Judge William G. Young: ELECTRONIC ORDER entered 223 Motion for Early Termination of Probation as to William Brymer.<br><br>**After careful consideration, this Court denies this petition for early termination in light of petitioners record of convictions.** |

| | | (Paine, Matthew) (Entered: 10/17/2024) |
|---|---|---|
| 10/17/2024 | 229 | Copy re 228 Order on Motion for Early Termination of Probation mailed to William Brymer on October 17, 2024. (Paine, Matthew) (Entered: 10/17/2024) |
| 12/31/2024 | 233 | SATISFACTION OF JUDGMENT as to William Brymer (Mockler, Brendan) (Entered: 12/31/2024) |
| 02/27/2025 | 234 | NOTICE of Withdrawal of Appearance by Government Attorney John T. McNeil as to William Brymer, James H. Turpin (McNeil, John) (Entered: 02/27/2025) |
| 10/02/2025 | 238 | Petition For Summons from Probation as to William Brymer. (Lightowler, Kara) (Entered: 10/02/2025) |
| 10/03/2025 | 239 | Judge Indira Talwani: ORDER entered re 238 Petition For Summons from Probation as to William Brymer. (KB) (Entered: 10/03/2025) |
| 10/21/2025 | 240 | ELECTRONIC NOTICE of Case Assignment as to William Brymer; If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge David H. Hennessy. (AB) (Entered: 10/21/2025) |
| 10/21/2025 | 241 | Judge William G. Young: ELECTRONIC ORDER entered. Order Referring Case to Magistrate Judge David H. Hennessy Reason for referral: Issuance of Summons and Initial Revocation Hearing as to William Brymer (KB) (Entered: 10/21/2025) |
| 10/21/2025 | 242 | Magistrate Judge David H. Hennessy: ORDER entered. CJA 20 as to William Brymer: Appointment of Attorney Mark Shea, Added attorney Mark Shea. Attorney Robert S. Sinsheimer; Jessica Diane Hedges and Laura P. Malouf terminated in case as to William Brymer. (DMK) (Entered: 10/29/2025) |
| 10/29/2025 | 243 | ELECTRONIC NOTICE OF HEARING as to William Brymer. IN PERSON Show Cause Hearing set for 10/30/2025 at 2:30 PM in Courtroom 1 - Worcester (In person only) before Magistrate Judge David H. Hennessy. (DMK) (Entered: 10/29/2025) |
| 10/29/2025 | 244 | Summons Issued as to William Brymer. (DMK) (Entered: 10/29/2025) |

| 10/30/2025 | 245 | Electronic Clerk's Notes for proceedings held before Magistrate Judge David H. Hennessy: Show Cause Hearing as to William Brymer held on 10/30/2025 |
| --- | --- | --- |
| | | Defendant appears on release with counsel (CJA: Shea, M.) Court goes over the proceedings and advises the defendant of his rights. Court has colloquy with defendant about whether or not he understands his rights and understands the petition filed by Probation. Defendant will submit a financial affidavit by 11/7/25 to the courtroom deputy clerk. Court provisionally appoints counsel (CJA: Shea, M.). Government states maximum possible penalties. Government does not move for detention and moves to continue on conditions. Defendant advised of his right to a Preliminary and Detention Hearing. Court hears from Probation, urging Defendant to comply with treatment, be present for home visits and maintain current cell phone number, but otherwise agrees to release on the same conditions. Defendant remains on release. |
| | | Status Conference set for 12/1/2025 at 9:30 AM in Courtroom 16-Boston (In person only) before Magistrate Judge David H. Hennessy. |
| | | (Attorneys present: O'Shea, Shea, PO Lightowler. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (DMK) (Entered: 10/30/2025) |
| 10/30/2025 | 247 | Magistrate Judge David H. Hennessy: ELECTRONIC ORDER entered. as to William Brymer. The appointment of Mark Shea is made permanent. (DMK) (Entered: 10/30/2025) |
| 11/19/2025 | 248 | ELECTRONIC NOTICE OF HEARING as to William Brymer : Final Hearing re Revocation of Supervised Release set for 1/22/2026 02:30 PM in Courtroom 18 (In person only) before Judge William G. Young. (KB) (Entered: 11/19/2025) |
| 11/19/2025 | 249 | Addendum To Amend the Petition, and Schedule Expedited Final Revocation Hearing as to William Brymer. (Lightowler, Kara) (Entered: 11/19/2025) |
| 11/19/2025 | 250 | Magistrate Judge David H. Hennessy: ELECTRONIC ORDER entered. ORDER OF RESCHEDULING as to William Brymer.Initial Appearance-Revocation and Status Conference reset for 11/20/2025 at 3:30 PM in |

| | | |
|---|---|---|
| | | Courtroom 1 - Worcester (In person only) before Magistrate Judge David H. Hennessy. (DMK) (Entered: 11/19/2025) |
| 11/20/2025 | 251 | Judge Allison D. Burroughs: ORDER entered re 249 Addendum To Amend the Petition, and Schedule Expedited Final Revocation Hearing as to William Brymer. (KB) (Entered: 11/20/2025) |
| 11/20/2025 | 252 | [DISREGARD ENTERED in INCORRECT CASE Electronic Clerk's Notes for proceedings held before Magistrate Judge David H. Hennessy: Initial Appearance re Revocation of Supervised Release as to William Brymer held on 11/20/2025<br><br>Case called. Defendant appears in person via a summons with the counsel (CJA: Smith, S.) Court goes over the proceedings and advises the defendant of his rights. Court has colloquy with defendant about whether or not he understands his rights and understands the petition filed by Probation. Defendant submits financial affidavit and the Court appoints counsel (CJA: Smith, S.). Government states maximum possible penalties. Government does not move for detention and agrees to release on conditions. Defendant advised of his right to a Preliminary and Detention Hearing. Defendant continues on release. IN PERSON Final Probation Revocation Hearing set for 12/19/2025 at 2:00 PM in Courtroom 2 - Worcester (In person only) before District Judge Margaret R. Guzman. Parties will need to change this date due to trial.<br><br>(Attorneys present: Bennett for Mulcahy Smith, PO Cordoba. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (DMK) Modified on 11/20/2025 (DMK).] (Entered: 11/20/2025) |
| 11/20/2025 | | [internal hearing deletion] (DMK) (Entered: 11/20/2025) |
| 11/20/2025 | 254 | Magistrate Judge David H. Hennessy: ELECTRONIC ORDER entered. ORDER CANCELING Initial Appearance-Revocation and Status Conference on 11/20/2025 as to William Brymer. (DMK) (Entered: 11/20/2025) |